FILED
CLERK, U.S. DISTRICT COURT

**4/23/2021**

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ **LM** _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA    5:21-mj-00308

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> PLAINTIFF(S) <br> v. | CASE NUMBER <br><br> 20-cr-02351-CAB-1 |
| Bonnie Leigh Jarvis <br><br> DEFENDANT(S). | **AFFIDAVIT RE** <br> **OUT-OF-DISTRICT WARRANT** |

The above-named defendant was charged by: PRETRIAL VIOLATION
in the Southern District of California on 04/19/2021
at N/A ☐ a.m. / ☐ p.m.  The offense was allegedly committed on or about N/A
in violation of Title 18 U.S.C., Section(s) 3142
to wit: Pretrial Violation

A warrant for defendant's arrest was issued by: HONORABLE Cathy Ann Bencivengo

Bond of $0 was ☒ set / ☐ recommended.

Type of Bond: NO BAIL

Relevant document(s) on hand (attach):

I swear that the foregoing is true and correct to the best of my knowledge.

Sworn to before me, and subscribed in my presence on _____, by

_____, Deputy Clerk.

_____
Signature of Agent

N. Martinez
Print Name of Agent

U.S. Marshals
Agency

CIDUSM
Title

CR-52 (05/98)                    AFFIDAVIT RE OUT-OF-DISTRICT WARRANT

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ LM _____ DEPUTY