AO 442

FILED
CLERK, U.S. DISTRICT COURT

4/23/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___LM___ DEPUTY

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

Bonnie Leigh Jarvis (1)

**WARRANT FOR ARREST**

977916 - 298

Case Number: 20-cr-02351-CAB-1

5:21-mj-00308

**NOT FOR PUBLIC VIEW**

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Bonnie Leigh Jarvis (1)
                                      Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

☒ Pretrial Violation

charging him or her with (brief description of offense):

RECEIVED U.S. MARSHALS-S/CA
2021 APR 19 PM 3: 58

In violation of Title    See Above    United States Code, Section(s) _____

John Morrill
**Name of Issuing Officer**

Clerk of the Court
**Title of Issuing Officer**

s/ T. Hernandez
**Signature of Deputy**

4/19/2021 San Diego, CA
**Date and Location**

Bail fixed at $    NO BAIL    by    The Honorable Cathy Ann Bencivengo
                                    Name of Judicial Officer

CENTRAL DISTRICT OF CALIFORNIA
BY: ___LM___ DEPUTY

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |