PSBD Case 3:20-cr-02351-CAB   Document 28 (Court only)   Filed 04/19/21   PageID.50   Page 1
(09/20)
                                                                    of 4
·Name of Defendant: Bonnie Leigh Jarvis                                              April 16, 2021
Docket No.: 20CR2351-1                                                               Page 1

## UNITED STATES DISTRICT COURT
### FOR THE
### SOUTHERN DISTRICT OF CALIFORNIA

## 5:21-mj-00308

### Petition for Warrant for Defendant on Pretrial Release

**Name of Defendant:** Bonnie Leigh Jarvis                     **Dkt No.:** 20CR2351-1

**Reg. No.:** 97796-298

**Name of Judicial Officer:** The Honorable Cathy Ann Bencivengo, U.S. District Judge

**Date Conditions Ordered:** October 29, 2020, by the Honorable Ruth Bermudez Montenegro, U.S. Magistrate Judge

**Charged Offense:** 21: 952 and 960 - Importation on Methamphetamine

**Conditions of Release:** The defendant must not violate federal, state, or local law during the period of release; cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a; appear in court as ordered and surrender as directed to serve any sentence; not possess a firearm, destructive device, or other dangerous weapon; not use or possess a narcotic drug or other controlled substance without a lawful medical prescription; not use or possess marijuana under any circumstances; report to the U.S. Pretrial Services Office on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office; advise the Court or the Pretrial Services Office in writing of: (1) current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number; restrict travel to: Southern and Central Districts of California, not enter Mexico; actively seek or continue full-time employment, schooling, or a combination of both; reside at a residence approved by Pretrial Services including any contact facility; and submit to drug testing and/or outpatient substance abuse therapy and counseling as directed by Pretrial Services.

**Modification:** On February 5, 2021, the Court ordered the defendant to participate and successfully complete a residential drug treatment program as directed by Pretrial Services.

**Date Released on Bond:** October 29, 2020

**Next Court Hearing:** May 7, 2021, at 10:30 a.m. for Motion Hearing/Trial Setting.

**Asst. U.S. Atty.:** Andrew Sherwood          **Defense Counsel:** Patrick W. McLaughlin (retained)
             619-546-9690                                    213-437-0122

**Prior Violation History:** On January 4, 2020, the Court was informed the defendant admitted to Pretrial Services using heroin the weekend prior to December 23, 2020. The defendant was enrolled in an intensive outpatient substance abuse program and the Court agreed to hold action in abeyance.

On February 5, 2021, the Court was informed the defendant submitted a urine sample on January 26, 2021, which screened positive for opiates, fentanyl, and amphetamines. The defendant admitted to

**Name of Defendant:** Bonnie Leigh Jarvis                                       April 16, 2021
**Docket No.:** 20CR2351-1                                                                  Page 2

Pretrial Services she used Roxycontin prior to the collection. The Court agreed to hold action in abeyance as the defendant was going to enter a residential drug treatment program.

On March 9, 2021, the Court was informed the defendant submitted urine samples on February 3 and 15, 2021, which confirmed positive for amphetamine, methamphetamine, and morphine. Additionally, she failed to report for drug testing on February 19, 2021. The Court held the violations in abeyance as the defendant was in a detoxification program and subsequently would enter residential treatment.

## PETITIONING THE COURT

### TO ISSUE A NO-BAIL BENCH WARRANT

The Pretrial Services officer believes the defendant violated the following conditions of pretrial release:

**CONDITION**

**ALLEGATIONS OF NONCOMPLIANCE**

The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription; not use or possess marijuana under any circumstances.

1. The defendant admitted using heroin the weekend prior to December 23, 2020, as evidenced by her admission.

2. The defendant admitted smoking Roxycotin prior to January 26, 2021, as evidenced by her admission.

3. On February 3, 2021, the defendant submitted a urine sample which confirmed positive for amphetamine, methamphatmine, fentanyl, norfentanyl and morphine.

4. On February 15, 2021, the defendant submitted a urine sample which confirmed positive for amphetamine, methamphatemine, fentanyl, norfentanyl, and morphine.

*Grounds for revocation:* On October 29, 2020, the Court set conditions of release which include not use or possess a narcotic drug or other controlled substance with a lawful medical prescription. On November 5, 2020, the defendant was explained the condition of release Pretrial Services and she acknowledged an understanding of them.

*Allegation 1:* The defendant admitted to Pretrial Services in the Central District of California using heroin the weekend prior to December 23, 2020. Ms. Jarvis agreed to participate in an intensive outpatient substance abuse program.

*Allegation 2:* The defendant admitting smoking Roxycotin pills prior to the collection of January 26, 2021. Ms. Jarvis further stated she believed the pills were opiates.

*Allegations 3 and 4:* The defendant submitted urine samples on February 3 and 15, 2021, which confirmed positive for amphetamine, methamphetamine, fentanyl, norfentanyl, and morphine.

**Name of Defendant:** Bonnie Leigh Jarvis                                   April 16, 2021
**Docket No.:** 20CR2351-1                                                          Page 3

| CONDITION | ALLEGATION OF NONCOMPLIANCE |
|---|---|
| The defendant to enter and successfully complete a residential drug treatment . program as directed by Pretrial Services. | 5. On March 26, 2021, the defendant left Casa Cecilia Recovery Home (residential drug program) without permission from Pretrial Services. |

*Grounds for revocation:* On February 5, 2021, the Court ordered the defendant to participate and successfully complete a residential drug treatment program as directed by Pretrial Services. Ms. Jarvis entered ABC Recovery Center on March 11, 2021, and transferred to Casa Cecilia Recovery Home on March 24, 2021.

On April 15, 2021, Probation Officer (PO) Kevin Zhang contacted Casa Cecilia Recovery Home for an update and was informed the defendant was no longer the program. Ms. Jarvis left recovery home on March 26, 2021, and she has not reported to Pretrial Services. PO Zhang has attempted to contact the defendant with no success. The defendant's current whereabouts are unknown.

## SUPERVISION ADJUSTMENT

Ms. Jarvis has been on supervision since October 2020 and is supervised by Probation Officer Kevin Zhang in the Central District of California. The defendant has struggled with her sobriety and has tested positive for illicit drug use while on bond. Ms. Jarvis agreed to enter a residential drug treatment program to address her addiction.

Ms. Jarvis entered a detoxification program, Menifee Global Detox, on February 24, 2021, and successfully completed it on March 3, 2021. She entered ABC Recovery Center on March 11, 2021, and was transferred to another program, Casa Cecilia Recovery Home, on March 24, 2021. The defendant left the recovery home on March 26, 2021, and she has not reported to Pretrial Services. Additionally, the defendant's whereabouts are unknown. With this information, the defendant's supervision adjustment is viewed has poor.

Name of Defendant: Bonnie Leigh Jarvis                                                    April 16, 2021
**Docket No.:** 20CR2351-1                                                                      Page 4

## RECOMMENDATION/JUSTIFICATION

Pretrial Services respectfully recommends your Honor order a no bail bench warrant for the defendant's arrest so she can be brought before the Court to show cause why her bond should not be revoked.

**I declare under penalty of perjury that the forgoing is true and correct.**

**Executed on:**   4/16/2021

Respectfully submitted:                                    Review and approved:

Lori Garofalo
Chief U.S. Pretrial Services Officer

by   _____                              _____

Yolanda German                                            Teresa Salgado
U.S. Pretrial Services Officer                            Supervisory U.S. Pretrial Services Officer
760-339-4223
Place: El Centro, California

## THE COURT ORDERS:

X    **AGREE,** issue a no bail bench warrant for the defendant's arrest so she can show cause why her bond should not be revoked.

_____   Other _____

_____

_____

_____                                              4/19/2021
                                                                     _____
The Honorable Cathy Ann Bencivengo                                   Date
U.S. District Judge